IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROGER EDWARD JEROME BIEROS        :        CIVIL ACTION

            vs.                   :

RAYMOND LAWLER, et al.            :        NO. 09-CV-2286


ORDER

        AND NOW, this 22nd day of January, 2010, upon careful
and independent consideration of the Petition for Writ of Habeas
Corpus, the Response thereto and after review of the Report and
Recommendation of United States Magistrate Judge Henry S. Perkin
dated December 29, 2009, it is hereby ORDERED that:

    1.  The Report and Recommendation is APPROVED and ADOPTED;

    2.  The Petition for Writ of Habeas Corpus is DENIED with
        prejudice and DISMISSED without an evidentiary hearing;

    3.  There is no probable cause to issue a certificate of
        appealability.


                            BY THE COURT:



                            s/J. Curtis Joyner
                            J. CURTIS JOYNER, J.