IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER EDWARD JEROME BIEROS : CIVIL ACTION

vs. :

RAYMOND LAWLER, et al. : NO. 09-CV-2286

<u>ORDER</u>

AND NOW, this 9th day of August, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the response thereto and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated December 29, 2009 and Petitioner's objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.